# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 12, 2021
Lyle W. Cayce
Clerk

No. 19-11012
Summary Calendar

United States of America,

*Plaintiff—Appellee,*

versus

Jeremy Ryan Palmer,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CR-220-1

Before Southwick, Oldham, and Wilson, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

Certified as a true copy and issued
as the mandate on **Aug 03, 2021**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 03, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

      No. 19-11012    USA v. Palmer
                          USDC No. 3:18-CR-220-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Mary Frances Yeager, Deputy Clerk
                                      504-310-7686

cc:  Mr. Jeremy Ryan Palmer
     Ms. Leigha Amy Simonton